UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AVIS BRAGGS,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:19-cv-01135-JDP<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME<br><br>ECF No. 19 |

      Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from June 24, 2020, up to and including July 24, 2020.  This is the Defendant's first request for an extension, but the parties' third stipulation.  The parties previously stipulated to an extension for Plaintiff to transmit the letter brief (Dkt. 13) and file the merits brief (Dkt. 16-17).

      Defendant requests this extension in order to further consider the 1,582 page administrative record in light of the issues raised in Plaintiff's motion (Dkt. 19).  Defendant's deadline now conflicts with other deadlines on counsel's docket.  Counsel requested voluntary remand of a case on June 17, 2020, filed two merits briefs on June 18, 2020 and one merits brief

1

on June 22, 2020, and counsel is planning to file another merits brief on June 24, 2020. Though counsel anticipated that she could meet the new deadline of June 24, 2020 at the time the parties stipulated for Plaintiff's extension for the merits brief, an issue arose in another case that required close coordination with supervisory attorneys regarding issues that have not yet been litigated concerning the Commissioner's revised medical evidence regulations. In addition, as a result of the disruptions in counsel's family care plan arising from the public health emergency and counsel's ongoing work as a military reservist, counsel has taken leave and had reduced time available to manage conflicting deadlines such as this one. Counsel took leave on June 19, 2020 to attend to family matters, and military leave on June 12, 2020 to attend monthly training.

      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 24, 2020           /s/ *Jonathan O. Pena*
(*as authorized via e-mail on June 24, 2020)
JONATHAN O. PENA
Attorney for Plaintiff

Dated: June 24, 2020           McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Under the parties' stipulation, defendant shall have an extension, up to and including July 24, 2020, to respond to plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   June 25, 2020                                     _____
                                                                                UNITED STATES MAGISTRATE JUDGE

No. 204.